```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DAWUD HAYNES,                         :    CIVIL ACTION
                                      :    NO. 14-6993
         Petitioner,                  :
                                      :
    v.                                :
                                      :
THE DISTRICT ATTORNEY OF THE          :
    COUNTY OF _____, et al.,      :
                                      :
         Respondents.                 :
```

**O R D E R**

**AND NOW,** this **21st** day of **February, 2017,** after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 17) and Petitioner's Objections thereto (ECF No. 18), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED;**

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED;**

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE;**

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Eduardo C. Robreno
　　　　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO,   J.**